John Jay Fox and William P. Fox, trading as Fox & Fox, appellees, v. Novak Grocery Company, appellant. Gen. No. 27,919.

Action of fourth class in contract for services as architects. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the

Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

Newman, Poppenhusen, Stern & Johnston, for appellant; Henry J. Brandt, of counsel. Madden & Cunningham and John C. Murphy, for appellees; James V. Cunningham, of counsel.

Mr. Justice Gridley delivered the opinion of the court.